**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **DAVID B. TUCKER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.** |
| | : | **7:08-cv-106 (HL)** |
| **ALLIANCEONE, INC. And HSBC** | : | |
| **BANK USA N.A.,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

This matter is before the Court on Plaintiff David Tucker and Defendant AllianceOne Receivable Management, Inc.'s Joint Motion to Dismiss AllianceOne With Prejudice (Doc. 14).

Previously, AllianceOne and Tucker filed a Rule 41 motion to drop AllianceOne from the case (Doc. 12). The Court found that the motion was incorrectly filed as a Rule 41 motion and ordered the parties to submit a joint Rule 21 motion (Doc. 13).

To comply with the Court's order, AllianceOne and Tucker filed a Rule 21 motion, but Defendant HSBC Bank USA N.A. did not sign the motion. Without HSBC Bank's signature on the motion, the Court cannot drop AllianceOne from the case. The Court is concerned that HSBC Bank would be potentially prejudiced by dismissal of AllianceOne.

Accordingly, all the parties are directed to file a joint motion under Rule 21 to drop AllianceOne from the case.  The signatures of all parties must appear.  The motion must be filed on or before July 22, 2010.

SO ORDERED, this the 14th day of July, 2010.

*s/   Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

lmc