IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DAVID B. TUCKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLIANCEONE, INC. and HSBC BANK USA N.A.,<br><br>　　　　Defendants. | CASE NO. 7:08-CV-106 (HL) |

## ORDER

On July 21, 2010, the Court entered an order (Doc. 16) directing Plaintiff to follow up with the Marshals Service with regard to the most recent service process receipt issued for Defendant HSBC Bank USA, N.A. Plaintiff was ordered to inform the Court in writing no later than August 13, 2010 as to the status of service on HSBC. Plaintiff was advised that failure to respond to the order as directed could result in the dismissal of Plaintiff's complaint.

It is now August 20, 2010, and no response to the Court's order has been filed by Plaintiff. In light of Plaintiff's failure to abide by the Court's order, this case is dismissed. The Clerk of Court is instructed to close the file.

**SO ORDERED**, this the 20th day of August, 2010.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh